[No. 5028.   Decided January 4, 1905.]

H. WATERHOLTER, *Appellant*, v. WESTERN CONSTRUCTION COMPANY et al., *Respondents*.[1]

Appeal from a judgment of the superior court for Clarke county, A. L. Miller, J., entered June 23, 1903. Affirmed.

*Johnson & Van Zante, Wm. D. Fenton,* and *E. M. Scanlon,* for appellant.

*B. S. Grosscup (W. W. McCredie* and *A. G. Avery,* of counsel), for respondent railway company.

*Cotton, Teal & Minor,* and *W. C. Bristol,* for respondent Ætna Indemnity Co.

PER CURIAM.—For the reasons assigned in *Armour & Co.* v. *Western Construction Co.* (*ante* p. 529), just decided, the judgment in this case will be affirmed.

[1]Reported in 78 Pac. 1119.